1102

No. 97–8502.  GUTIERREZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–8504.  HARRIS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8505.  GOODE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–8508.  HENDERSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8510.  SELF v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

· No. 97–8512.  BENITEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8516.  ENIGWE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–8523.  SLIGH v. RUNYON, POSTMASTER GENERAL. C. A. 4th Cir.  Certiorari denied.

No. 97–8529.  NWANERI v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 97–8538.  OKORO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–8543.  UDELL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–8545.  AHMAD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–8548.  HILL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–8549.  GRAVES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 97–1403.  MANOR ET UX. v. NESTLE FOOD Co.  Sup. Ct. Wash.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.